# IN THE SUPREME COURT OF THE STATE OF NEVADA

KATHRYN REYNOLDS; AND NORMAN GARAND,

Appellants,

vs.

NATIONAL DEFAULT SERVICING CORPORATION, AN ARIZONA CORPORATION, AUTHORIZED TO DO BUSINESS IN NEVADA; GREGORY WILDE, A NEVADA ATTORNEY; AND CINDY LEE STOCK, A NEVADA ATTORNEY,

Respondents.

No. 71597

FILED

NOV 04 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal. Appellants designated their appeal as from "the final order of the United States District Court, Case No. 3:16-cv-00047-MMD-VPC, by Judge Miranda Du."

This court has no jurisdiction to consider an appeal from a federal district court order. Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

16-34501

cc: Hon. Elliott A. Sattler, District Judge
Kathryn Reynolds
Norman Garand
Thorndal Armstrong Delk Balkenbush & Eisinger/Reno
Tiffany & Bosco, P. A.
Washoe District Court Clerk